Filed
Common Pleas Court
Muskingum Co, Ohio
06/05/2025 08:36 AM
CH2025-0220
Wendy L. Sowers, Clerk

**IN THE COMMON PLEAS COURT, MUSKINGUM COUNTY OHIO**
**GENERAL DIVISION**

| | | |
|---|---|---|
| THOMAS SHOOK<br>CANDLEWICK COMMONS APTS<br>APARTMENT 213<br>15 SOUTH THIRD ST.<br>NEWARK, OH 43055<br>PLAINTIFF | ) | CASE NUMBER CH2025-<br><br>JUDGE |
| V | ) | |
| OFFICER NICHOLAS FISCHIO<br>NEWARK POLICE DEPARTMENT<br>39 SOUTH FOURTH STREET<br>NEWARK, OH 43055 | ) | |
| AND | ) | |
| DETECTIVE DUSTIN HARDWAY<br>NEWARK POLICE DEPARTMENT<br>39 SOUTH FOURTH STREET<br>NEWARK, OH 43055 | ) | |
| AND | ) | |
| JOHN DOE NUMBER 1<br>WHOSE TRUE NAME IS UNKNOWN<br>AND COULD NOT BE DISCOVERED<br>ADDRESS UNKNOWN | ) | **COMPLAINT**<br>**(WITH JURY DEMAND ENDORSED)** |
| JOHN DOE NUMBER 2<br>WHOSE TRUE NAME IS UNKNOWN<br>AND COULD NOT BE DISCOVERED<br>ADDRESS UNKNOWN<br>DEFENDANTS | ) | |

**FIRST CAUSE OF ACTION**

1. At all times material to the filing of this complaint, on information and belief, Defendants Officer Nicholas Fischio and Detective Dustin Hardway, were and still

GOTTLIEB, JOHNSTON, BEAM & DAL PONTE, PLL
Attorneys At Law
Legal Arts Building
320 Main Street
P.O. Box 190
Zanesville, Ohio
43702-0190
(740) 452-7555
FAX (740) 480-1664
www.ZanesvilleLaw.com

are employed by the City of Newark, as policemen in the City of Newark's Police Department, and at all times material to the filing of this complaint, were acting as police officers.

2. At all times material to the filing of this complaint, Defendant John Doe number one, whose first name is unknown and could not be discovered, was and still is employed by the city of Newark, as a police officer in the city of Newark's Police Department, and at all times material to the filing of this complaint, was acting as a police officer.

3. At all times material to the filing of this complaint, on information and belief, Defendant John Doe number two, whose true name is unknown and could not be discovered, was and still is employed by County of Muskingum as a Deputy Sheriff, and at all times material to the filing of this complaint, was acting as a Deputy Sheriff for Muskingum County.

4. On or about June 8, 2024, Defendants Fischio, Hardway and John Doe Number One, and Defendant John Doe number 2, wrongfully and unlawfully arrested the Plaintiff and caused him to be incarcerated in the Zanesville City Jail for a period of five days.

5. The arrest by these Defendants was without any justification or excuse and without any warrant or legal process directing them to arrest him or subsequently detain him.

6. Plaintiff's arrest by the Defendants was pursuant to a warrant directing the arrest of another individual, to wit Plaintiff's son.

7. At the time of his arrest, Plaintiff informed the Defendants that he was not the person named in the warrant of arrest, but the Defendants persisted in arresting him as alleged under the warrant and wrongfully and unlawfully caused him to be detained for a period of five days thereafter.

8. As a result of such arrest, Plaintiff was subjected to great humiliation, embarrassment, and has suffered both physical and mental distress and has been greatly injured in his reputation, all to his damage.

**<u>SECOND CAUSEOF ACTION</u>**

9. Plaintiff incorporates the allegations set forth in paragraphs 1 through 8, inclusive, as though fully rewritten herein.

**GOTTLIEB, JOHNSTON, BEAM & DAL PONTE, PLL**
Attorneys At Law
Legal Arts Building
320 Main Street
P.O. Box 190
Zanesville, Ohio
43702-0190
(740) 452-7555
FAX (740) 480-1664
www.ZanesvilleLaw.com

10. As a result of his arrest and subsequent detention, Plaintiff's rights under the Fourth, Fifth, and Fourteenth Amendments of the United States Constitution have been violated.

**THIRD CAUSE OF ACTION**

11. Plaintiff incorporates the allegations set forth in paragraphs 1 through 10, inclusive, as though fully rewritten herein.

12. As a direct and proximate result of the false arrest and detention by the Defendants, Plaintiff has been caused to incur expense for counsel to procure his discharge from arrest and to be compensated for the damages that he has suffered.

Wherefore, Plaintiff demands judgment against the Defendants, jointly and severally, in a sum in excess of $25,000 sufficient to compensate him for his injuries and damages, for punitive damages for the intentional wrongdoing of the Defendants, for attorney fees, court costs, and for such further legal and equitable relief to which the Plaintiff shall be entitled.

Respectfully submitted,

/s/ Miles D. Fries
Miles D. Fries (0016415)
**Attorney for Plaintiff**
GOTTLIEB, JOHNSTON, BEAM
& DAL PONTE, P.L.L.
320 Main Street, P.O. Box 190
Zanesville, Ohio 43702-0190
Telephone: (740) 452-7555
Facsimile: (740) 480-1664

**JURY DEMAND**

The Plaintiff demands a trial by jury in the within cause of action.

/s/ Miles D. Fries
Miles D. Fries (0016415)
**Attorney for Plaintiff**

GOTTLIEB, JOHNSTON, BEAM & DAL PONTE, PLL
Attorneys At Law
Legal Arts Building
320 Main Street
P.O. Box 190
Zanesville, Ohio
43702-0190
(740) 452-7555
FAX (740) 480-1664
www.ZanesvilleLaw.com

GOTTLIEB, JOHNSTON, BEAM
& DAL PONTE, P.L.L.
320 Main Street, P.O. Box 190
Zanesville, Ohio 43702-0190
Telephone: (740) 452-7555
Facsimile: (740) 480-1664

## REQUEST FOR SERVICE

Please serve a copy of the foregoing Complaint and all ancillary documents upon **Officer Nicholas Fischio, c/o Newark Police Department, 39 S. Fourth Street, Newark, OH 43055 and upon Detective Dustin Hardway, c/o Newark Police Department, 39 S. Fourth Street, Newark, OH 43055** by personal service by Process Server Chris Wise and make the same returnable according to law.

*/s/ Miles D. Fries*
Miles D. Fries (0016415)
Attorney for Plaintiff

**GOTTLIEB, JOHNSTON, BEAM & DAL PONTE, PLL**
Attorneys At Law
Legal Arts Building
320 Main Street
P.O. Box 190
Zanesville, Ohio
43702-0190
(740) 452-7555
FAX (740) 480-1664
www.ZanesvilleLaw.com